COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of I. T. S. aka B.G.H, a Child

Appellate case number:   01-13-00566-CV

Trial court case number: 2012-01859J

Trial court:             313th District Court of Harris County

The reporter's record reflects that a CD of medical records was admitted into evidence at the June 4, 2013 termination hearing in the above case. On August 8, 2013, this Court ordered the district clerk to send the original CD of medical records to this Court. The district clerk responded that the court reporter did not tender the original CD to the district clerk. Accordingly, the Court directs the court reporter to send to this Court the original CD of medical records admitted into evidence at the June 4, 2013 termination hearing, as reflected at page 44 of the reporter's record filed in the above case, if the original CD is still in her possession, or notify this Court in writing if the CD is not in her possession. *See* TEX. R. APP. P. 34.6(g). Further, the Court directs the district clerk to prepare and file a supplemental clerk's record containing the Business Records Affidavit of Memorial Hermann Hospital with any accompanying documents, CDs or DVDs, filed in the trial court on or about May 14, 2013.

The Clerk of this Court is directed to cooperate with the district clerk and/or court reporter to provide for the safekeeping, transportation, and return of such exhibit. *See* TEX. R. APP P. 34.6(g)(2).

The original exhibit or court reporter's notification, and the supplemental clerk's record is due in this Court no later than 10 days from the date of this order

It is so ORDERED.


Judge's signature: /s/ Jane Bland _____
                   ☑ Acting individually    ☐ Acting for the Court

Date: August 23, 2013 _____